**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1935**
_____

In Re:  CATHERINE DENISE RANDOLPH,

              Appellant.


_____


Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:15-mc-00369)

_____

Submitted:  January 21, 2016          Decided:  March 22, 2016

_____

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Catherine Denise Randolph, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Catherine Denise Randolph appeals the district court's order issuing a prefiling injunction. We have reviewed the record and conclude that the court did not abuse its discretion issuing the injunction. Cromer v. Kraft Foods N. Am., Inc., 390 F.3d 812, 817 (4th Cir. 2004) (stating standard of review). Accordingly, we grant Randolph's motion for leave to proceed in forma pauperis and affirm the court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED